## Emma L. Morrissey, Appellee, v. Raymond L. Morrissey, Appellant.

### Gen. No. 41,071.

Heard in third division, first district, this court at December term, 1939; opinion filed April 10, 1940. Rathje, Hinckley, Barnard & Kulp, for appellant; Francis E. Hinckley, of counsel; Ditchburne & Lounsbury, for appellee; Harry S. Ditchburne and Philip H. Kelley, of counsel. Opinion by JUSTICE BURKE. "Not to be published in full."